UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KENDRA PARKS,**

          **Plaintiff,**

v.                                       Civil Action No. 3:16cv146

**NC FINANCIAL SOLUTIONS OF UTAH, LLC,**
**d/b/a Net Credit,**
**and**
**NC FINANCIAL SOLUTIONS, LLC,**

          **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by counsel, hereby files her Notice of Voluntary Dismissal, and notifies Defendants that Plaintiff hereby voluntarily dismisses her action, with prejudice.

Plaintiff may voluntarily dismiss her action at this time without order of court because the Plaintiff has not been served with an answer or a motion for summary judgment by the adverse party.

                                                      Respectfully submitted,
                                                      KENDRA PARKS
                                                      By Counsel

We ask for this:

  /s/
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)

dale@pittmanlawoffice.com

Thomas D. Domonoske, VSB #35434
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-7706
tomdomonoske@earthlink.net

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Charles K. Seyfarth (VSB No. 44530)
>D. Sutton Hirschler III (VSB No. 85596)
>LECLAIRRYAN
>919 East Main Street, Twenty-Fourth Floor
>Richmond, Virginia 23219
>Telephone: (804) 916-7159
>Facsimile: (804) 916-7259
>charles.seyfarth@leclairryan.com
>sutton.hirschler@leclairryan.com
>Counsel for Defendants

>/s/
>Dale W. Pittman, VSB #15673
>Attorney for Kendra Parks
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803-3212
>(804) 861-6000
>(804) 861-3368 (Fax)
>dale@pittmanlawoffice.com