UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KENDRA PARKS,**

        Plaintiff,

v.                                      Civil Action No. 3:16cv146

**NC FINANCIAL SOLUTIONS OF UTAH, LLC,**
d/b/a Net Credit,
and
**NC FINANCIAL SOLUTIONS, LLC,**

        Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by counsel, hereby files her Notice of Voluntary Dismissal, and notifies Defendants that Plaintiff hereby voluntarily dismisses her action, with prejudice.

Plaintiff may voluntarily dismiss her action at this time without order of court because the Plaintiff has not been served with an answer or a motion for summary judgment by the adverse party.

                                            Respectfully submitted,
                                            KENDRA PARKS
                                            By Counsel

We ask for this:

__/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)

**SO ORDERED**

5/27/16    /s/ _____
John A. Gibney, Jr.
United States District Judge